UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) Case No. 1:09-cv-0041 |
| | ) Judge Trauger |
| | ) |
| | ) |
| May Oil Company, Inc. | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on October 29, 2010.

KEITH THROCKMORTON, CLERK
s/    Angie Brewer, Deputy Clerk